

FILED
JAN 27 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY S. MARTIN
DEPUTY CLERK

SEALED

1  BENJAMIN B. WAGNER
   United States Attorney
2  YASIN MOHAMMAD
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11 CR 00052 LJO |
| Plaintiff, | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| TIMOTHY DUANE, ET AL., | CRIMINAL PROCEDURE |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on January 27, 2011, charging the above defendants with a violation of Title 21 U.S.C. §§ 841(a)(1) and 846 - Conspiracy to Distribute and Possess With the Intent to Distribute Marijuana, Title 21 U.S.C. §§ 841(a)(1) and 18 U.S.C. § 2 - Possession with the Intent to Distribute Marijuana and Aiding and Abetting, and other charges be kept secret until the defendants named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or

1 | have been given bail, that no person shall disclose the findings
2 | of the Indictment or any warrants issued pursuant thereto, except
3 | when necessary for the issuance and execution of the warrants.
4 | DATED: January 27, 2011                  Respectfully submitted,
5 |                                          BENJAMIN B. WAGNER
  |                                          United States Attorney
6 |
  |                                          By
7 |                                          YASIN MOHAMMAD
  |                                          Assistant U.S. Attorney
8 |
9 | IT IS SO ORDERED this 27th day of January, 2011
10|
11|                                          U.S. Magistrate Judge