```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  YASIN MOHAMMAD
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   NO. 1:11-CR-00052-LJO
                                 )
12              Plaintiff,       )   EX PARTE APPLICATION AND ORDER
                                 )   TO UNSEAL INDICTMENT
13       v.                      )
                                 )
14  TIMOTHY DUANE, LORENA DUANE, )
    BOUNSOU VORSANE, and KAY     )
15  VIENGKHAM,                   )
                                 )
16              Defendant.
17  ─────────────────────────────
18       COMES NOW THE UNITED STATES OF AMERICA appearing through the
19  undersigned Assistant United States Attorney and moves this
20  Honorable Court for an order unsealing the Indictment in the
21  above-referenced case as all Defendants have been apprehended.
22  DATED: February 18, 2011
23                                       Respectfully submitted,
24                                       BENJAMIN B. WAGNER
                                         United States Attorney
25
26                                       By: /s/ Yasin Mohammad
                                            YASIN MOHAMMAD
27                                          Assistant U.S. Attorney
28
```

1

**ORDER TO UNSEAL**

Upon application of the United States and good cause having been shown,

IT IS HEREBY ORDERED that the Indictment, bearing case number 1:11-CR-00052-LJO, is hereby ordered unsealed.

IT IS SO ORDERED.

**Dated:    February 18, 2011**                             /s/ Sheila K. Oberto
                                                                                   UNITED STATES MAGISTRATE JUDGE

2