UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 23 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> BOUNSOU VORASANE, <br><br> Defendant - Appellant. | No. 12-10298 <br><br> D.C. No. 1:11-cr-00052-MCE-3 <br> U.S. District Court for Eastern California, Fresno <br><br> **MANDATE** |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> KAY VIENGKHAM, <br><br> Defendant - Appellant. | No. 12-10299 <br><br> D.C. No. 1:11-cr-00052-MCE-4 <br> U.S. District Court for Eastern California, Fresno |

The judgment of this Court, entered July 21, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Margoth Turcios
Deputy Clerk