HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:11-CR-00052-JLT |
|---|---|---|
| Plaintiff, | ) ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) ) | |
| TIMOTHY DUANE, | ) ) | |
| Defendant, | ) ) ) | |

Defendant Timothy Duane, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel. Our office has a conflict.

On January 27, 2011, an Indictment was issued in the above captioned case. The case was set for an initial appearance on February 25, 2011, but Mr. Duane was not present. Mr. Duane reached out in December 2024 to resolve his case. Conversations have occurred between the Federal Defender's Office, the U.S. Marshal Service and the U.S. Attorney's Office towards that end. At this time, counsel is needed to facilitate Mr. Duane's appearance.

///

///

///

Mr. Duane submits the Financial Affidavit as evidence of his inability to retain counsel. Therefore, after reviewing his Financial Affidavit it is respectfully recommended that CJA panel counsel Marshall Hodgkins be promptly appointed *nunc pro tunc* as of January 21, 2025.

DATED: January 24, 2025        /s/ Peggy Sasso
PEGGY SASSO
First Assistant Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA panel counsel Marshall Hodgkins be promptly appointed *nunc pro tunc* as of January 21, 2025, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **January 27, 2025**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

-2-